# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

No. 13-40044

NADIYA WILLIAMS-BOLDWARE,

    Plaintiff - Appellee Cross-Appellant

v.

DENTON COUNTY, TEXAS,

    Defendant - Appellant Cross-Appellee

Appeals from the United States District Court for the
Eastern District of Texas, Sherman

### ON PETITION FOR REHEARING

Before STEWART, Chief Judge, JOLLY, and SMITH, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that the appellee cross-appellant's petition for rehearing is *DENIED*

ENTERED FOR THE COURT:

_____
UNITED STATES CIRCUIT JUDGE